# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| MCCLOSKEY INTERNATIONAL LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOUTHEAST CRUSH & SCREEN, LLC, ) <br> ) <br> Defendant. ) | Civil No. 1:10-0031 <br> Judge Trauger |

## **O R D E R**

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED.**

ENTER this 15th day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge