UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| McCLOSKEY INTERNATIONAL LIMITED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:10-0031 |
| SOUTHEAST CRUSH & SCREEN LLC, | ) ) ) |
| Defendant. | ) |

## AGREED ORDER OF JUDGMENT

The parties have jointly moved this Court for the entry of an Order of Judgment resolving all of the issues in this case. It appears to the Court that the parties are in agreement that judgment should be rendered in favor of the Plaintiff in the amount of $181,023.16, which consists of principal in the amount of $152,200.80 and interest thereon in the amount of $28,822.36.

It is, therefore, ORDERED that judgment in this matter is granted to the Plaintiff in the amount of $181,023.16, for which execution may issue.

United States District Court Judge
William J. Haynes, Jr.